

# IN THE
# TENTH COURT OF APPEALS

### No. 10-24-00216-CR

**GUADALUPE JUAREZ,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2022-52-C1

## MEMORANDUM OPINION

Guadalupe Juarez was convicted of the offense of criminal solicitation of a minor and sentenced to 7 years in prison. *See* TEX. PENAL CODE ANN. § 15.031. Juarez appealed, but before filing a brief, Juarez filed a motion to voluntarily dismiss the appeal.

Rule 42.2(a) of the Texas Rules of Appellate Procedure provides that an appellate court may dismiss an appeal upon the appellant's motion. *See* TEX. R. APP. P. 42.2(a). In compliance with Rule 42.2(a), both Juarez and his attorney have signed the motion to

dismiss. *See id.* Accordingly, we grant Juarez's motion to dismiss the appeal, and the

appeal is dismissed.


                                                    STEVE SMITH
                                                    Justice

Before Chief Justice Gray,
       Justice Johnson, and
       Justice Smith
Motion to dismiss granted; appeal dismissed
Opinion delivered and filed August 1, 2024
Do not publish
[CR25]

